IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:89-cr-01018-MP

LUIS LAZARO VIERA,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 1213, Second Motion for (2) Certified Copies of Docket Sheet and Copy of Presentence Investigation Report at Government Expense, filed by Luis Lazaro Viera.  Mr. Viera currently has no pending matters before the Court, and has exhausted all avenues of appellate and collateral relief.  See Order at 1210 and Order at doc. 1194, Eleventh Circuit order denying application for leave to file a second or successive § 2255 motion as to Luis Lazaro Viera.  Accordingly, his motion for certified copies, doc. 1213, is denied.

    **DONE AND ORDERED** this  _27th_   day of April, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge